Federal Defenders of the Middle District of Georgia, Inc.
440 Martin Luther King Blvd., Ste. 400
P.O. Box 996
Macon, GA 31202

Martin J. Vogelbaum
698 Martin Luther King Jr. Blvd.
Apartment 5
Macon, GA 31201

Direct Deposit

| Employee Pay Stub | Check number: | | | Pay Period: 06/16/2013 - 06/30/2013 | | Pay Date: 06/28/2013 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Martin J. Vogelbaum, 698 Martin Luther King Jr. Blvd., Apartment 5, Macon, GA 31201 | | | | ***-**-7587 | Single/Single | Fed-0/0/GA-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| R&W Attorney | | | 4,738.96 | 33,172.72 | Checking - ******5613 | 2,958.58 |
| Hourly wage | | | | 20,928.00 | Memo | |
| | 0.00 | | 4,738.96 | 54,100.72 | Direct Deposit | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401K EE Deferral 4% | -189.56 | -1,832.68 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -969.00 | -10,996.00 |
| Social Security Employee | -293.81 | -3,354.24 |
| Medicare Employee | -68.71 | -784.46 |
| GA - Withholding-State Tax | -259.30 | -2,972.09 |
| | -1,590.82 | -18,106.79 |

| Net Pay | 2,958.58 | 34,161.25 |
|---|---|---|

Federal Defenders of the Middle District of Georgia, Inc., 440 Martin Luther King Blvd., Ste. 400, P.O. Box 996, Macon, GA 31202, FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGI

Powered by Intuit Payroll

Federal Defenders of the Middle District of Georgia, Inc.
440 Martin Luther King Blvd., Ste. 400
P.O. Box 996
Macon, GA 31202

Martin J. Vogelbaum
698 Martin Luther King Jr. Blvd.
Apartment 5
Macon, GA 31201

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 06/01/2013 - 06/15/2013 | | Pay Date: 06/14/2013 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Martin J. Vogelbaum, 698 Martin Luther King Jr. Blvd., Apartment 5, Macon, GA 31201 | | | | | ***-**-7587 | Single/Single | Fed-0/0/GA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 64.00 | 54.50 | 3,488.00 | 20,928.00 |
| R&W Attorney | | | | 28,433.76 |
| | 64.00 | | 3,488.00 | 49,361.76 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401K EE Deferral 4% | -139.52 | -1,643.12 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -645.00 | -10,027.00 |
| Social Security Employee | -216.26 | -3,060.43 |
| Medicare Employee | -50.58 | -715.75 |
| GA - Withholding-State Tax | -187.24 | -2,712.79 |
| | -1,099.08 | -16,515.97 |

| Net Pay | 2,249.40 | 31,202.67 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******5613 | 2,249.40 |

**Memo**
Direct Deposit

Federal Defenders of the Middle District of Georgia, Inc., 440 Martin Luther King Blvd., Ste. 400, P.O. Box 996, Macon, GA 31202, FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGI

Powered by Intuit Payroll

Federal Defenders of the Middle District of Georgia, Inc.
440 Martin Luther King Blvd., Ste. 400
P.O. Box 996
Macon, GA 31202

Martin J. Vogelbaum
698 Martin Luther King Jr. Blvd.
Apartment 5
Macon, GA 31201

Direct Deposit

| **Employee Pay Stub** | | Check number: | | | Pay Period: 05/16/2013 - 05/31/2013 | | Pay Date: 05/30/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Martin J. Vogelbaum, 698 Martin Luther King Jr. Blvd., Apartment 5, Macon, GA 31201 | | | | | ***-**-7587 | Single/Single | Fed-0/0/GA-0/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | | | Amount |
| Hourly wage R&W Attorney | 88.00 | 54.50 | 4,796.00 | 17,440.00 28,433.76 | Checking - ******5613 | | | 2,990.69 |
| | 88.00 | | 4,796.00 | 45,873.76 | **Memo** | | | |
| **Deductions From Gross** | | | Current | YTD Amount | Direct Deposit | | | |
| 401K EE Deferral 4% | | | -191.84 | -1,503.60 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -984.00 | -9,382.00 | | | | |
| Social Security Employee | | | -297.35 | -2,844.17 | | | | |
| Medicare Employee | | | -69.54 | -665.17 | | | | |
| GA - Withholding-State Tax | | | -262.58 | -2,525.55 | | | | |
| | | | -1,613.47 | -15,416.89 | | | | |
| **Net Pay** | | | 2,990.69 | 28,953.27 | | | | |

Federal Defenders of the Middle District of Georgia, Inc., 440 Martin Luther King Blvd., Ste. 400, P.O. Box 996, Macon, GA 31202, FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGI

Powered by **Intuit Payroll**

Federal Defenders of the Middle District of Georgia, Inc.
440 Martin Luther King Blvd., Ste. 400
P.O. Box 996
Macon, GA 31202

Martin J. Vogelbaum
698 Martin Luther King Jr. Blvd.
Apartment 5
Macon, GA 31201

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 05/01/2013 - 05/15/2013 | | Pay Date: 05/15/2013 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Martin J. Vogelbaum, 698 Martin Luther King Jr. Blvd., Apartment 5, Macon, GA 31201 | | | | | ***-**-7587 | Single/Single | Fed-0/0/GA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly wage R&W Attorney | 72.00 | 54.50 | 3,924.00 | 12,644.00 28,433.76 | Checking - ******5613 | 2,608.04 |
| | 72.00 | | 3,924.00 | 41,077.76 | Memo | |
| **Deductions From Gross** | | | Current | YTD Amount | Direct Deposit | |
| 401K EE Deferral 4% | | | | -1,311.76 | | |
| **Taxes** | | | Current | YTD Amount | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | -794.00 | -8,398.00 | | |
| Social Security Employee | | | -243.29 | -2,546.82 | | |
| Medicare Employee | | | -56.90 | -595.63 | | |
| GA - Withholding-State Tax | | | -221.77 | -2,262.97 | | |
| | | | -1,315.96 | -13,803.42 | | |
| **Net Pay** | | | 2,608.04 | 25,962.58 | | |

Federal Defenders of the Middle District of Georgia, Inc., 440 Martin Luther King Blvd., Ste. 400, P.O. Box 996, Macon, GA 31202, FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGI

Powered by Intuit Payroll